# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| STEPHEN LAFORGE and BUNNY LAFORGE,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC., *et al.*,<br><br>Defendants. | 2:17-cv-00782-APG-VCF<br>**ORDER** |

Before the Court is Defendant Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada's and Randall Corporation d/b/a Bowen Law Offices' Emergency Motion for Protective Order (ECF No. 38).

Accordingly,

IT IS HEREBY ORDERED that Defendant Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada's and Randall Corporation d/b/a Bowen Law Offices' Emergency Motion for Protective Order (ECF No. 38) will be briefed in the ordinary course.

IT IS FURTHER ORDERED that the depositions of Marge Liggio, Jerome Bowen, Esq., Sarah Banda, Esq., David Kaplan, and Paul Liggio, are STAYED pending further order of the court.

DATED this 29th day of September, 2017.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE