**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| STEPHEN LAFORGE and BUNNY LAFORGE, <br><br> Plaintiffs, <br><br> vs. <br><br> RICHLAND HOLDINGS, INC., *et al.*, <br><br> Defendants. | 2:17-cv-00782-APG-VCF <br> **ORDER** |

Before the Court are the Motion for Protective Order (ECF No. 38) and Motion for Order to Produce Credit Reports (ECF No. 44).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Motion for Protective Order (ECF No. 38) and Motion for Order to Produce Credit Reports (ECF No. 44) is scheduled for 1:30 PM, November 1, 2017, in Courtroom 3D.

DATED this 26th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE