**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Richland Holdings, Inc.*
*d/b/a AcctCorp of Southern Nevada,*
*RC Willey aka RC Willey Financial*
*Services, and Randall Corporation*
*d/b/a Bowen Law Offices*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN LAFORGE and BUNNY LAFORGE,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, RANDALL CORPORATION d/b/a BOWEN LAW OFFICES; CALEB J. LANGSDALE, ESQ. dba The LANGSDALE LAW FIRM, P.C.,<br><br>Defendants. | Case Number: 2:17-cv-782-APG-VCF<br><br>**[PROPOSED] ORDER RE: EMERGENCY MOTION FOR ORDER TO PRODUCE CREDIT REPORTS** |

Defendants Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada's ("AcctCorp"), RC Willey aka RC Willey Financial Services' ("RC Willey"), and Randall Corporation d/b/a Bowen Law Offices' ("Bowen Law") Emergency Motion for Order to Produce Credit Reports [ECF No. 44] (the "Motion") came before this Court on November 1, 2017 at 1:30 p.m., with Chad F. Clement, Esq. and Jared M. Moser, Esq., of the law firm of Marquis Aurbach Coffing, appearing on behalf of AcctCorp, RC Willey and

Bowen Law; and Vernon Nelson, Esq. and Margaret Foley, Esq., of the Law Offices of Vernon Nelson, appearing for Plaintiffs Stephen LaForge and Bunny LaForge ("Plaintiffs"); and Arthur N. Bortz, Esq., of the law firm of Ropers, Majeski, Kohn & Bentley, appearing on behalf of Defendant Caleb J. Langsdale, Esq. dba The Langsdale Law Firm, P.C. ("Langsdale").

The Court having canvassed and heard representations and arguments of the parties, no response having been filed to the Motion [ECF No. 44],

IT IS HEREBY ORDERED AS FOLLOWS:

1. AcctCorp's, RC Willey's, and Bowen Law's Emergency Motion for Production of Documents is hereby GRANTED;

2. Experian Information Solutions, Inc. ("Experian") is ORDERED to produce to counsel for AcctCorp, within fourteen (14) calendar days from the date of service of this Order, all documents within its possession, custody, and control responsive to AcctCorp's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena");

3. Accordingly, Experian is ORDERED to produce a comprehensive and detailed credit report for Stephen LaForge and for Bunny LaForge, respectively, the scope of which shall cover the time period from January 1, 2012, to present;

4. Moreover, Experian is FURTHER ORDERED to produce a comprehensive and detailed credit report (or other summary, graph, chart, compilation, etc., of the credit reports) for Stephen LaForge and Bunny LaForge, respectively, that identifies Plaintiffs' respective credit scores as each may have changed from time to time, with sufficient detail to be able to identify (a) the changed credit scores, (b) when the changes occurred, and (c) why the changes occurred, the scope of which shall cover the time period from January 1, 2012, to present.

/ / /

/ / /

5. The parties, and each of them, shall cooperate, to the extent necessary, in order to provide counsel for AcctCorp with additional information that Experian may reasonably request in order to produce the requested documents.

**ORDER**

**IT IS SO ORDERED**.

Dated this __9th__ day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**MARQUIS AURBACH COFFING**

By:___/s/ Jared M. Moser_____

　　Terry A. Coffing, Esq.
　　Nevada Bar No. 4949
　　Chad F. Clement, Esq.
　　Nevada Bar No. 12192
　　Jared M. Moser, Esq.
　　Nevada Bar No. 13003
　　10001 Park Run Drive
　　Las Vegas, Nevada 89145
　　*Attorneys for Richland Holdings, Inc.*
　　*d/b/a AcctCorp of Southern Nevada,*
　　*RC Willey aka RC Willey Financial*
　　*Services, and Randall Corporation*
　　*d/b/a Bowen Law Offices*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **[PROPOSED] ORDER RE: EMERGENCY MOTION FOR ORDER TO PRODUCE CREDIT REPORTS** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 6th day of November, 2017.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| The Law Office of Vernon Nelson<br>Vernon A. Nelson, Jr. Esq.<br>9480 S. Eastern Ave., Ste. 252<br>Las Vegas, NV  89123<br>Tel: 702-476-2500<br>Fax: 702-476-2788<br>vnelson@nelsonlawfirmlv.com<br>*Attorneys for Plaintiffs* | Ropers, Majeski, Kohn & Bentley<br>Stephen J. Erigero, Esq.<br>Timothy J. Lepore, Esq.<br>3753 Howard Hughes Pkwy, Suite 200<br>Las Vegas, NV  89169<br>Attorneys for Defendant Langsdale Law Firm, P.C. |

        /s/ Jared M. Moser
Counsel for Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada, RC Willey aka RC Willey Financial Services, and Randall Corporation d/b/a Bowen Law Offices

Page 4 of 4

MAC:14665-006 3240738_1 11/6/2017 7:29 PM