VERNON A. NELSON, JR., ESQ.
Nevada Bar State No.: 6434
MARGARET G. FOLEY, ESQ.
Nevada State Bar No. 7703
JOHN SKALAK, ESQ.
Nevada State Bar No.: 4385
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 244
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiffs Stephen Laforge and Bunny Laforge*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN LAFORGE and BUNNY LAFORGE,<br><br>Plaintiffs,<br><br>v.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, and RANDALL CORPORATION d/b/a Bowen Law Offices; CALEB J. LANGSDALE, ESQ. dba The LANGSDALE LAW FIRM, P.C.,<br><br>Defendants. | Case No: 2:17-cv-782-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINE**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule 26-4, Defendants Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("AcctCorp"); RC Willey aka RC Willey Financial Services ("RC Willey"); Randall Corporation d/b/a Bowen Law Offices ("Bowen"); and The Langsdale Law Firm, P.C. ("Langsdale") (collectively, "Defendants"), and Plaintiffs Stephen LaForge and Bunny LaForge (collectively, "Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

1. On March 17, 2017, Plaintiffs filed their Complaint against Defendants. *See* ECF No. 1.

2. On April 10, 2017, Langsdale filed its Motion to Dismiss Plaintiffs' Complaint. *See* ECF No. 9.

3. On April 28, 2017, AcctCorp filed its Motion to Dismiss Plaintiffs' Complaint, or in the alternative, Motion for More Definite Statement. *See* ECF No. 14. RC Willey, Bowen, and Langsdale subsequently filed joinders to AcctCorp's Motion to Dismiss. *See* ECF Nos. 18, 19, & 23.

4. On May 3, 2017, Langsdale filed its Motion to Strike Plaintiffs' Errata to their Opposition to Motion to Dismiss. *See* ECF No. 22.

5. On May 24, 2017, this Court entered a Discovery Plan and Scheduling Order ("Scheduling Order"). *See* ECF No. 35. The Scheduling Order set a discovery cut-off date of October 9, 2017. In addition, the Scheduling Order set the dispositive motion deadline for November 8, 2017. *See id.*

6. On October 12, 2017, the Court entered an Order on the parties' first request to modify the Scheduling Order, which subsequent Order extended the discovery cutoff, to conduct discovery referenced therein, to November 9, 2017. *See* ECF No. 42. That subsequent Order also extended the dispositive motion deadline to December 9, 2017. *See id.* Therefore, this is the parties' second request to modify the Scheduling Order.

7. According to Local Rule 26-4(a), the parties have completed the following discovery:

a. The parties have served their initial disclosures pursuant to Federal Rule of Civil Procedure, Rule 26(a).

b. The parties have propounded and responded to discovery requests.

c. The parties have taken several depositions: Caleb Langsdale and the Langsdale Law Firm's Rule 30(b)(6) corporate designee; Stephen Laforge; Bunny Laforge; Michael Boswell; and Pam Irvine.

d. On October 17, 2017, AcctCorp, RC Willey, and Bowen filed an Emergency Motion for Order to Produce Credit Reports ("Credit Report Motion"). *See* ECF No. 44. Plaintiffs did not oppose the Credit Report Motion.

e. On October 24, 2017, because counsel for AcctCorp, RC Willey, and Bowen had not been able to coordinate for a mutually agreeable deposition date and time with CRN's counsel, defense counsel served its notice of intent and Amended Subpoena, setting the deposition of CRN for November 7, 2017.

f. On November 1, 2017, the Court held a hearing on Defendants' Protective Order Motion and Credit Report Motion, and the Court ordered that Plaintiffs would be permitted to take the depositions of David Kaplan and the FRCP 30(b)(6) designee for AcctCorp, which were to be completed by November 22, 2017. *See* ECF No. 48. The Court ordered that Plaintiffs would be prohibited from taking the depositions of Marge Liggio, Sarah Banda, and Jerome Bowen. *See id.*

g. The Court also granted the Credit Report Motion as unopposed. *See* ECF Nos. 48 & 50.

h. On November 6, 2017, counsel for Langsdale, AcctCorp, RC Willey, and Bowen met and conferred with counsel for CRN, who has agreed to make his client available for deposition on December 7, 2017, which CRN's counsel represented at that time was the only date that both counsel and the deponent could be available. Accordingly, Defendants took the November 7, 2017 deposition off calendar to reschedule it to December 7, 2017, to accommodate CRN and its counsel's availability. Plaintiffs' counsel has recently represented to Defendants that CRN and its counsel are available for a deposition between December 8 and December 15, 2017, if needed. Defendants have attempted to confirm this representation with CRN's counsel, but have not received a response.

8. According to Local Rule 26-4(b), the parties have not completed the following discovery, which was timely noticed or served before November 9, 2017:

a. AcctCorp, RC Willey, and Bowen are currently awaiting Experian's response to the Court's Order.

1  b. The parties are working together to coordinate the scheduling of the depositions of David
2  Kaplan and the FRCP 30(b)(6) designee for AcctCorp, which the parties are concerned will not be
3  able to proceed before November 22, 2017 in light of the schedules and availability of all counsel
4  and of the deponents themselves.

5  c. Defendants intend to proceed with the deposition of CRN on December 7, 2017.

6  d. Both parties have stipulated and agreed that no additional written discovery will be
7  propounded, and no new depositions will be subpoenaed or noticed.

8  9. Due to the unavailability of counsel and the various prospective deponents, the
9  parties will be unable to complete discovery prior to the November 9, 2017 cutoff, or before the
10 November 22, 2017 date by which the Court ordered the depositions of Mr. Kaplan and AcctCorp's
11 30(b)(6) designee to occur. Moreover, although the parties disagree as to the propriety of Mr.
12 Jacobs'/CRN's deposition, that cannot take place, if at all, until at least December 7, 2017.

13 10. In light of the anticipated extension of the discovery cutoff, the parties also believe
14 that a corresponding extension of the dispositive motion deadline is also appropriate.
15 Accordingly, the parties stipulate to extend the deadlines by which the additional depositions
16 referenced herein are to be completed to **December 15, 2017**.

17 11. Additionally, the parties stipulate to extend the dispositive motion deadline to
18 **January** ~~15, 2017~~ 16, 2018, to accommodate the proposed deposition deadline extension.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

4

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: November 16, 2017 | Dated: November 16, 2017 |
| THE LAW OFFICE OF VERNON NELSON | MARQUIS AURBACH COFFING |
| By: _/s/ Vernon Nelson_<br>VERNON A. NELSON, JR., ESQ.<br>Nevada Bar No.: 6434<br>MARGARET FOLEY, ESQ.<br>Nevada Bar No.: 7703<br>JOHN SKALAK, ESQ.<br>Nevada Bar No.: 4385<br>9480 S. Eastern Ave., Ste. 244<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiffs Stephen Laforge and Bunny Laforge* | By: _/s/ Jared Moser_<br>TERRY A. COFFING, ESQ.<br>Nevada Bar No. 4949<br>CHAD F. CLEMENT, ESQ.<br>Nevada Bar No. 12192<br>JARED M. MOSER, ESQ.<br>Nevada Bar No. 13003<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorneys for Richland Holdings, Inc., dba AcctCorp of Southern Nevada and RC Willey aka RC Willey Financial Services* |

Dated: November 16, 2017

ROPERS, MAJESKI, KOHN & BENTLEY

By: _/s/ Timothy Lepore_
STEPHEN J. ERIGERO, ESQ.
Nevada State Bar No. 11562
TIMOTHY J. LEPORE, ESQ.
Nevada State Bar No.: 13908
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
*Attorneys for The Langsdale Law Firm, P.C.*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

After reviewing the stipulation and the parties representations contained therein, the Court finds good cause exists to modify the Scheduling Order [ECF No. 35] and the subsequent Order modifying the schedule set forth therein [ECF No. 42], and hereby orders:

1. The deadline to complete the depositions contained in the stipulation shall be extended to **December 15, 2017**, subject to the parties' respective rights to present any arguments in opposition to these depositions.

2. No additional depositions are to be noticed or subpoenaed beyond those contained in the stipulation, and no additional written discovery shall be permitted.

3. The deadline to file dispositive motions in this case shall be extended to ~~**January 15, 2017**.~~ January 16, 2018.

**IT IS SO ORDERED**.

Dated this 17th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

The Joint Pretrial Order is due by 2-16-2018. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.