STEPHEN J. ERIGERO (SBN 11562)
TIMOTHY J. LEPORE (SBN 13908)
ROPERS, MAJESKI, KOHN & BENTLEY
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89169
Telephone: (702) 954-8300
Facsimile: (213) 312-2001
Email: stephen.erigero@rmkb.com
          timothy.lepore@rmkb.com

Attorneys for Defendant
THE LANGSDALE LAW FIRM, P.C.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN LAFORGE and BUNNY LAFORGE,<br><br>Plaintiffs,<br><br>v.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, RANDALL CORPORATION d/b/a Bowen Law Offices; CALEB J. LANGSDALE, ESQ. dba The LANGSDALE LAW FIRM, P.C.,<br><br>Defendants. | Case No. 2:17-cv-00782-APG-VCF<br><br>**FIRST STIPULATION AND ORDER TO EXTEND DEADLINE FOR LANGSDALE TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT [ECF NO. 71].**<br><br>**(FIRST REQUEST)**<br><br>Judge: Andrew P. Gordon |

Defendant The Langsdale Law Firm, P.C. ("Langsdale"), by and through its counsel of record, Ropers Majeski Kohn & Bentley, and Plaintiffs Stephen Laforge and Bunny Laforge ("Amended Complaint"), by and through their respective counsel, The Law Offices of Vernon Nelson, hereby stipulate for the first time to extend the deadline for Langsdale to respond to Plaintiffs' Amended Complaint:

1. On April 30, 2018, this Court issued its Order Denying Plaintiffs' Motion for Reconsideration Entitled Motion for Clarification. ECF No. 70. The Court ordered that Plaintiffs must file an amended complaint consistent with its prior order granting Langsdale's Motion to Dismiss on or before May 10, 2018. ECF No. 70, 13:2-5.

4815-9182-2951.3

2. On Sunday, May 13, 2018, Plaintiffs filed a Motion to Extend Time to File Amended Complaint. ECF No. 72. That same day, Plaintiffs filed their Amended Complaint. ECF No. 71. According to Federal Rules of Civil Procedure, Rule 15 and Rule 6, Langsdale must respond to Plaintiffs' Amended Complaint by Tuesday, May 29, 2018.

3. On May 16, 2018, after reviewing Plaintiffs' Amended Complaint, Langsdale contacted Plaintiffs and the parties started engaging in settlement discussions, attempting to resolve this matter (and other pending litigation between this parties and before this Court) prior to Langsdale incurring additional attorney's fees and costs to respond to Plaintiffs' Amended Complaint. Unfortunately, on May 24, 2018, negotiations were unexpectedly terminated.

//
//
//

4. In light of this, Plaintiffs and Langsdale have stipulated to extend the deadline for Langsdale to respond to Plaintiffs' Amended Complaint until June 11, 2018.

**IT IS SO STIPULATED**

Dated: May 29, 2018   ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Timothy J. Lepore*
STEPHEN J. ERIGERO
TIMOTHY J. LEPORE
Attorneys for Defendant
THE LANGSDALE LAW FIRM, P.C.

Dated: May 29, 2018   LAW OFFICES OF VERNON NELSON

By: /s/ *Melissa Ingleby*
VERNON NELSON
MELISSA INGLEBY
Attorneys for Plaintiffs
STEPHEN LAFORGE AND BUNNY LAFORGE

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-29-2018

**CERTIFICATE OF SERVICE**

In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, and Local Rule IC 4-1(d), I hereby certify that on the 29th day of May 2018, a copy of **FIRST STIPULATION AND ORDER TO EXTEND DEADLINE FOR LANGSDALE TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT [ECF NO. 71]** was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

/s/ *Timothy J. Lepore*

TIMOTHY J. LEPORE
An employee of Ropers Majeski Kohn
& Bentley, P.C.