**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Richland Holdings, Inc.*
*d/b/a AcctCorp of Southern Nevada,*
*RC Willey aka RC Willey Financial*
*Services, and Randall Corporation*
*d/b/a Bowen Law Offices*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN LAFORGE and BUNNY LAFORGE,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, RANDALL CORPORATION d/b/a BOWEN LAW OFFICES; CALEB J. LANGSDALE, ESQ. dba The LANGSDALE LAW FIRM, P.C.,<br><br>Defendants. | Case Number: 2:17-cv-782-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**(THIRD REQUEST)** |

Pursuant to Local Rule 26-4, Defendants Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("AcctCorp"); RC Willey aka RC Willey Financial Services ("RC Willey"); Randall Corporation d/b/a Bowen Law Offices ("Bowen"); and The Langsdale Law Firm, P.C. ("Langsdale") (collectively, "Defendants"), and Plaintiffs Stephen LaForge

MAC:14665-006 3413321_1 5/30/2018 4:39 PM

and Bunny LaForge (collectively, "Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

1. On April 30, 2018, this Court entered an Order Denying Plaintiffs' Motion for Reconsideration Entitled Motion for Clarification [ECF No. 70], in which the Court extended the deadline for filing dispositive motions to June 8, 2018.

2. Defendants' counsel recently suffered a serious medical event on Saturday, May 26, 2018, causing him to be transported by ambulance to the emergency room, and counsel is expected to require follow-up appointments and treatment in the coming weeks.

3. In addition, the parties recently revisited the idea of settlement, and while the prospects of settlement are unclear, the Parties are requesting an extension of the dispositive motion deadline to determine if settlement is possible.

4. Accordingly, the parties submit that good cause exists for an extension and, therefore, stipulate to extend the dispositive motion deadline from June 8, 2018 to **June 29, 2018**.

**IT IS SO STIPULATED.**

Dated: May  30th , 2018.                                         Dated: May  30th , 2018.

THE LAW OFFICE OF VERNON NELSON                                  MARQUIS AURBACH COFFING

By:  /s/ Melissa Ingleby                                         By:     /s/ Jared Moser
VERNON A. NELSON, JR., ESQ.                                      TERRY A. COFFING, ESQ.
Nevada Bar No.  6434                                             Nevada Bar No. 4949
MELISSA INGLEBY, ESQ.                                            CHAD F. CLEMENT, ESQ.
Nevada Bar No.: 12935                                            Nevada Bar No. 12192
9480 S. Eastern Ave., Ste. 252                                   JARED M. MOSER, ESQ.
Las Vegas, NV   89123                                            Nevada Bar No. 13003
*Attorneys for Plaintiffs Stephen LaForge and Bunny LaForge*     10001 Park Run Drive
                                                                 Las Vegas, NV 89145
                                                                 *Attorneys for Richland Holdings, Inc., dba AcctCorp of Southern Nevada and RC Willey aka RC Willey Financial Services and Randall Corporation d/b/a Bowen Law Offices*

Dated: May 30th, 2018.

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Timothy Lepore
STEPHEN J. ERIGERO, ESQ.
Nevada State Bar No. 11562
TIMOTHY J. LEPORE, ESQ.
Nevada State Bar No.: 13908
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
*Attorneys for The Langsdale Law Firm, P.C.*

## ORDER

The deadline to file dispositive motions in this case shall be extended to **June 29, 2018**.
**IT IS SO ORDERED**.

Dated this 31st day of May, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE