# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN LAFORGE and BUNNY LAFORGE, <br><br> Plaintiffs <br><br> v. <br><br> RICHLAND HOLDINGS, INC., et al., <br><br> Defendants | Case No.: 2:17-cv-00782-APG-VCF <br><br> **Order Denying Motion to Strike as Moot** <br><br> [ECF No. 83] |

In light of the notice of settlement (ECF No. 85),

IT IS ORDERED that defendant The Langsdale Law Firm's motion to strike **(ECF No. 83) is DENIED as moot**.

IT IS FURTHER ORDERED that the plaintiffs and defendant The Langsdale Law Firm shall file a stipulation to dismiss August 31, 2018.

DATED this 28th day of June, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE