VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MELISSA INGLEBY, ESQ.
Nevada Bar. No.: 12935
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
mingleby@nelsonlawfirmlv.com
*Attorneys for Plaintiffs Stephen Laforge and Bunny Laforge*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN LAFORGE and BUNNY LAFORGE,<br><br>Plaintiffs,<br><br>v.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, and RANDALL CORPORATION d/b/a Bowen Law Offices; CALEB J. LANGSDALE, ESQ. dba The LANGSDALE LAW FIRM, P.C.,<br><br>Defendants. | Case No: 2:17-cv-782-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT RICHLAND HOLDINGS, INC., DBA ACCTCORP OF SOUTHERN NEVADA AND RC WILLEY AKA RC WILLEY FINANCIAL SERVICES' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING EXHIBITS, AND TO EXTEND MOVANTS' DEADLINE TO FILE A REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Stephen Laforge and Bunny Laforge and Defendants Richland Holdings, Inc., dba AcctCorp of Southern Nevada and RC Willey aka RC Willey Financial Services, by and through their undersigned counsel of record as follows:

(1) This is the first request for an extension of time for Plaintiffs' to file their Opposition to Defendants' Motion for Summary Judgment in this matter.

(2) Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, [Doc. 87], was due Friday, July 20, 2018.

(3) Defendants agreed, based upon Plaintiffs' counsel's unexpected illness, to give Plaintiffs until July 22, 2018 to file their Opposition to Defendants' Motion for Summary Judgment. Defendants further agreed to give Plaintiffs until July 23, 2018 to file the exhibits to the Opposition for Motion for Summary Judgment.

(4) Plaintiffs agreed to give Defendants an extension to file their Reply through August 17, 2018 because Defendants' counsel will be out of the office for an extended period of time.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: July 26, 2018 | Dated: July 26, 2018 |
| THE LAW OFFICE OF VERNON NELSON | MARQUIS AURBACH COFFING |
| By: _/s/ Vernon Nelson_____ <br> VERNON A. NELSON, JR., ESQ. <br> Nevada Bar No.: 6434 <br> 9480 S. Eastern Ave., Ste. 252 <br> Las Vegas, NV 89123 <br> *Attorneys for Plaintiffs Stephen Laforge and Bunny Laforge* | By: _/s/ Jared M. Moser_____ <br> TERRY A. COFFING, ESQ. <br> Nevada Bar No. 4949 <br> CHAD F. CLEMENT, ESQ. <br> Nevada Bar No. 12192 <br> JARED M. MOSER, ESQ. <br> Nevada Bar No. 13003 <br> 10001 Park Run Drive <br> Las Vegas, NV 89145 <br> *Attorneys for Richland Holdings, Inc., dba AcctCorp of Southern Nevada and RC Willey aka RC Willey Financial Services* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 26, 2018.