STEPHEN J. ERIGERO (SBN 11562)
TIMOTHY J. LEPORE  (SBN 13908)
ROPERS, MAJESKI, KOHN & BENTLEY
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89169
Telephone:      (702) 954-8300
Facsimile:      (213) 312-2001
Email:          stephen.erigero@rmkb.com
                timothy.lepore@rmkb.com

Attorneys for Defendant
THE LANGSDALE LAW FIRM, P.C.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN LAFORGE and BUNNY LAFORGE,<br><br>Plaintiffs,<br><br>v.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, RANDALL CORPORATION d/b/a Bowen Law Offices; CALEB J. LANGSDALE, ESQ. dba The LANGSDALE LAW FIRM, P.C.,<br><br>Defendants. | Case No.  2:17-cv-00782-APG-VCF<br><br>**FIRST STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendant The Langsdale Law Firm, P.C. ("Langsdale") and Plaintiffs Stephen Laforge and Bunny Laforge (the "Laforges") (collectively, the "Settling Parties"), by and through their attorneys of record, hereby stipulate as follows:

1.  On June 22, 2018, the Settling Parties reached agreement on principal terms to resolve this action. Three days later, on June 25, 2018, the Settling Parties notified the Court that they had reached an agreement to settle all claims, anticipating sixty days were needed to draft and execute a settlement agreement and allow the Settling Parties to perform their respective obligations. ECF No. 85. On June 28, 2015, the Court issued an Order, requiring the Settling Parties to file a Stipulation to Dismiss by August 31, 2018. ECF No. 86.

4851-6402-4433.2

2. During the drafting of the settlement agreement, the Settling Parties encountered unexpected issues in resolving certain terms and conditions. As a result, the Settling Parties experienced a delay in finalizing a written settlement agreement to reflect each person's understanding of the settlement. Finally, on August 29, 2018, after numerous telephonic discussions and written correspondences, the Settling Parties agreed to all terms and conditions and have finalized a written settlement agreement.

3. To effectuate settlement, the Settling Parties are now requesting the Court to extend the deadline to file a Stipulation to Dismiss until November 2, 2018.

**IT IS SO STIPULATED.**

Dated: August 30, 2018        ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Timothy J. Lepore*
STEPHEN J. ERIGERO
TIMOTHY J. LEPORE
Attorneys for Defendant
THE LANGSDALE LAW FIRM, P.C.

Dated: August 30, 2018        LAW OFFICE OF VERNON NELSON

By: /s/ *Melissa Ingleby*
VERNON NELSON
MELISSA INGLEBY
Attorneys for Plaintiffs
STEPHEN LAFORGE AND BUNNY LAFORGE

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 31, 2018.