1  STEPHEN J. ERIGERO (SBN 11562)
   TIMOTHY J. LEPORE  (SBN 13908)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   3753 Howard Hughes Pkwy., Suite 200
3  Las Vegas, NV 89169
   Telephone:    (702) 954-8300
4  Facsimile:    (213) 312-2001
   Email:        stephen.erigero@rmkb.com
5                timothy.lepore@rmkb.com

6  Attorneys for Defendant
   THE LANGSDALE LAW FIRM, P.C.
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

| | |
|---|---|
| 11  STEPHEN LAFORGE and BUNNY LAFORGE, | Case No.  2:17-cv-00782-APG-VCF |
| 12                Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT THE LANGSDALE LAW FIRM, P.C.** |
| 13  v. | |
| 14  RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, RANDALL CORPORATION d/b/a Bowen Law Offices; CALEB J. LANGSDALE, ESQ. dba The LANGSDALE LAW FIRM, P.C., | |
| 18                Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant The Langsdale Law Firm, P.C., through its attorney of record, Timothy J. Lepore of Ropers Majeski Kohn & Bentley, P.C., and Plaintiffs Stephen Laforge and Bunny Laforge, through their attorneys of record, Vernon Nelson and Melissa Ingleby of the Law Offices of Vernon Nelson, that the Court dismiss the above-captioned action with prejudice against Langsdale Law Firm, P.C. pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), with each party bearing its attorney's fees and costs.

Dated this 4th day of October, 2018.

ROPERS, MAJESKI, KOHN & BENTLEY

/s/ *Timothy J. Lepore*
STEPHEN J. ERIGERO, ESQ.
Nevada Bar No. 11562
TIMOTHY J. LEPORE, ESQ.
Nevada Bar No. 13908
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*The Langsdale Law Firm, P.C.*

Dated this 4th day of October, 2018.

LAW OFFICE OF VERNON NELSON

/s/ *Melissa Ingleby*
VERNON A. NELSON, JR., ESQ.
Nevada Bar No. 6434
MELISSA INGLEBY
Nevada Bar No. 12935
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123

*Attorneys for Plaintiffs Stephen LaForge and Bunny LaForge*

**IT IS SO ORDERED:**

Dated this __9th__ day of October, 2018

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2018, I served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISSMISAL WITH PREJUDICE OF DEFENDANT THE LANGSDALE LAW FIRM, P.C.** via the Court's CM/ECF electronic filing and service system to all parties on the current service list.

/s/ *Peggy Kurilla*
Peggy Kurilla, an employee of
ROPERS, MAJESKI, KOHN & BENTLEY